TIMOTHY L. PIERCE (CA BAR NO. 141170)
HECTOR H. ESPINOSA (CA BAR NO. 222426)
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, CA  90071-3048
Tel. 213.576.8000
Fax 213.576.8080

Attorneys for Defendants, MATT CONSTRUCTION CORPORATION;
DICK CORPORATION; DICK CORPORATION/MATT CONSTRUCTION,
A JOINT VENTURE; AMERICAN CASUALTY COMPANY OF READING, PA;
and HARTFORD FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES For the Use and Benefit CONTROL AIR CONDITIONING CORPORATION, a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION; a corporation; DICK CORPORATION/ MATT CONSTRUCTION, A JOINT VENTURE, a joint venture; AMERICAN CASUALTY COMPANY OF READING, PA, a corporation; and HARTFORD FIRE INSURANCE COMPANY, a corporation,<br><br>Defendants. | Case No.: 1:06-CV-01351-OWW-LJO<br><br>**STIPULATED APPLICATION AND ORDER FOR A FURTHER EXTENSION TIME FOR DEFENDANTS MATT CONSTRUCTION CORPORATION; DICK CORPORATION; DICK CORPORATION/MATT CONSTRUCTION, A JOINT VENTURE; AMERICAN CASUALTY COMPANY OF READING, PA; AND HARTFORD FIRE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[Local Rule 6-144]**<br><br>Complaint Filed:  September 26, 2006 |

This Stipulated Application and Proposed Order for a further extension of time to respond to Plaintiff's complaint is made with reference to the facts set forth below.

1.  Dick Corporation/Matt Construction, A Joint Venture, entered into a contract with the United States General Services Administration ("GSA") in connection with certain construction work related to a new United States Courthouse located in Fresno, California (the "Project").  Plaintiff Control Air Conditioning Corporation ("Plaintiff") is a subcontractor to defendant Dick Corporation/Matt Construction, A Joint Venture, in connection with a portion of the work on the Project.

PDF created with pdfFactory trial version www.pdffactory.com

1      2.     During the Project, Dick Corporation/Matt Construction, A Joint Venture, ("Dick/Matt") submitted requests for changes and time extensions.  Many of those requests are still outstanding and Dick/Matt is in the process of preparing a Request for Equitable Adjustment ("REA") to submit to GSA in order to initiate a claims resolution process with the GSA. Dick/Matt believes that many of the issues raised in this litigation are part of the REA issues that are to be resolved with the GSA and are to be resolved as part of the dispute resolution process with the GSA.

     3.     Plaintiff file this action to preserve its right to pursue a claim on the Miller Act Bond obtained by Dick/Matt for the Project.  Dick /Matt and Plaintiff are currently addressing and attempting to resolve the matters raised in Plaintiff's complaint as part of the REA.

     4.     To further that process, Plaintiff previously agreed to a 30-day extension of time for Defendants Matt Construction Corporation; Dick Corporation; Dick Corporation/Matt Construction, A Joint Venture; American Casualty Company of Reading, Pa; and Hartford Fire Insurance Company (collectively "Defendants") to respond to Plaintiff's complaint.  With the stipulated 30-day extension filed with this Court on November 17, 2006, Defendants' response to the complaint is currently due December 20, 2006.

     5.     Whereas Plaintiff and Defendants require additional time to potentially resolve, address and incorporate the matters raised in Plaintiff's complaint into the Claim before the GSA and have participated in and scheduled further meetings to do so, Plaintiff and Defendants, through their undersigned counsel for the limited purpose of this stipulation, hereby stipulate and agree pursuant to Local Rule 6-144(a) to a further extension of 30 days for Defendants to respond to Plaintiff's complaint.  With this further extension, Defendants' deadline to answer or otherwise respond to the complaint is now January 19, 2007.  This stipulation will not constitute a waiver of any of Defendants' rights or defenses under Rule 12 of the Federal Rules of Civil Procedure.

LA #434791 v3/035879-2      -2-

**STIPULATED APPLICATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: December 18, 2006

2                                                    THELEN REID BROWN RAYSMAN & STEINER LLP

3

4

5    By _____
     Timothy L. Pierce
     Hector H. Espinosa
6    Attorneys for Defendants
     MATT CONSTRUCTION CORPORATION;
7    DICK CORPORATION; DICK
     CORPORATION/MATT CONSTRUCTION,
8    A JOINT VENTURE; AMERICAN
     CASUALTY COMPANY OF READING, PA;
9    and HARTFORD FIRE INSURANCE
     COMPANY

10

11  Dated: December 18, 2006

12                                                    CASE, IBRAHIM & CLAUSS, LLP

13

14    By _____
      Brian S. Case
15    Andrew C. Carlton
      Attorneys for Plaintiff
16    CONTROL AIR CONDITIONING
      CORPORATION

17

18

19    IT IS SO ORDERED this 21st day of DECEMBER, 2006.

20                                                    /s/ Oliver W. Wanger

21                                                    _____
                                                      HON. OLIVER W. WANGER
22                                                    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

LA #434791 v3/035879-2                    -3-
**STIPULATED APPLICATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com