1  TIMOTHY L. PIERCE (CA BAR NO. 141170)
   HECTOR H. ESPINOSA (CA BAR NO. 222426)
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   333 South Hope Street, Suite 2900
3  Los Angeles, CA  90071-3048
   Tel. 213.576.8000
4  Fax 213.576.8080

5

   Attorneys for Defendants, MATT CONSTRUCTION CORPORATION;
6  DICK CORPORATION; DICK CORPORATION/MATT CONSTRUCTION,
   A JOINT VENTURE; AMERICAN CASUALTY COMPANY OF READING, PA;
7  and HARTFORD FIRE INSURANCE COMPANY

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES For the Use and Benefit CONTROL AIR CONDITIONING CORPORATION, a California Corporation;<br>12<br>13        Plaintiff,<br>14   vs.<br>15 DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION; a corporation; DICK CORPORATION/<br>16 MATT CONSTRUCTION, A JOINT VENTURE, a joint venture; AMERICAN<br>17 CASUALTY COMPANY OF READING, PA, a corporation; and HARTFORD FIRE<br>18 INSURANCE COMPANY, a corporation,<br>19        Defendants.<br>20 | Case No.: 1:06-CV-01351-OWW-LJO<br><br>**SECOND STIPULATED APPLICATION AND ORDER FOR A FURTHER EXTENSION TIME FOR DEFENDANTS MATT CONSTRUCTION CORPORATION; DICK CORPORATION; DICK CORPORATION/MATT CONSTRUCTION, A JOINT VENTURE; AMERICAN CASUALTY COMPANY OF READING, PA; AND HARTFORD FIRE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[Local Rule 6-144]**<br><br>Complaint Filed:  September 26, 2006 |

21      This Second Stipulated Application and Proposed Order for a further extension of time to

22 respond to Plaintiff's complaint is made with reference to the facts set forth below.

23      1.    Dick Corporation/Matt Construction, A Joint Venture, entered into a contract with

24 the United States General Services Administration ("GSA") in connection with certain

25 construction work related to a new United States Courthouse located in Fresno, California (the

26 "Project").  Plaintiff Control Air Conditioning Corporation ("Plaintiff") is a subcontractor to

27 defendant Dick Corporation/Matt Construction, A Joint Venture, in connection with a portion of

28 the work on the Project.

PDF created with pdfFactory trial version www.pdffactory.com

1  2. During the Project, Dick Corporation/Matt Construction, A Joint Venture, ("Dick/Matt") submitted requests for changes and time extensions. Many of those requests are still outstanding and Dick/Matt is in the process of preparing a Request for Equitable Adjustment ("REA") to submit to the GSA in order to initiate a claims resolution process with the GSA. Dick/Matt believes that many of the issues raised in this litigation are part of the REA issues that are to be resolved with the GSA and are to be resolved as part of the dispute resolution process with the GSA.

3. Plaintiff filed this action to preserve its right to pursue a claim on the Miller Act Bond obtained by Dick/Matt for the Project. Dick/Matt and Plaintiff are currently addressing and attempting to resolve the matters raised in Plaintiff's complaint as part of the REA.

4. Counsel for Dick/Matt has contacted the Court Clerk to request a conference call with the Court and counsel for the four parties that currently have actions related to the Project pending before Judge Wanger to discuss the status of those actions while the parties participate in the dispute resolution process with the GSA. Those actions include the following: (1) *United States For the Use and Benefit of Control Air Conditioning Corporation v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-01351-OWW); (2) *United States For the Use and Benefit of Servi-Tech Controls, Inc. v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-01736-OWW); (3) *United States For the Use and Benefit of Mid Canada MillWork, LTD. v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-00800-OWW); and (4) *United States For the Use and Benefit of H.J. Martin & Son, Inc. v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-01369-OWW). Counsel for Matt/Dick is attempting to schedule that conference call during the week of January 22-26, 2007, subject to the Court's availability.

5. To further the dispute resolution process with the GSA, Plaintiff previously agreed to a 30-day extension of time for Defendants Matt Construction Corporation; Dick Corporation; Dick Corporation/Matt Construction, A Joint Venture; American Casualty Company of Reading, Pa; and Hartford Fire Insurance Company (collectively "Defendants") to respond to Plaintiff's complaint filed with this Court on November 17, 2006. Plaintiff agreed to an additional 30-day

PDF created with pdfFactory trial version www.pdffactory.com

1  extension which was submitted to the Court as a Stipulation and Proposed Order and signed by the
2  Court on December 21, 2006.  Defendants' response to the complaint is currently due January 19,
3  2007.
4        6. In light of the anticipated conference call with the Court and whereas Plaintiff and
5  Defendants require additional time to potentially resolve, address and incorporate the matters
6  raised in Plaintiff's complaint into the Claim before the GSA and have participated in and
7  scheduled further meetings to do so, Plaintiff and Defendants, through their undersigned counsel
8  for the limited purpose of this stipulation, hereby stipulate and agree pursuant to Local Rule 6-
9  144(a) to a further extension of 30 days for Defendants to respond to Plaintiff's complaint.  With
10 this further extension, Defendants' deadline to answer or otherwise respond to the complaint is
11 now February 18, 2007.  This stipulation will not constitute a waiver of any of Defendants' rights
12 or defenses under Rule 12 of the Federal Rules of Civil Procedure.

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: January 18, 2007

2
3                                                  THELEN REID BROWN RAYSMAN & STEINER LLP
4
5                                                  By _____
                                                   Timothy L. Pierce
                                                   Hector H. Espinosa
6                                                  Attorneys for Defendants
                                                   MATT CONSTRUCTION CORPORATION;
7                                                  DICK CORPORATION; DICK
                                                   CORPORATION/MATT CONSTRUCTION,
8                                                  A JOINT VENTURE; AMERICAN
                                                   CASUALTY COMPANY OF READING, PA;
9                                                  and HARTFORD FIRE INSURANCE
                                                   COMPANY
10

11 Dated: January 18, 2007

12                                                 CASE, IBRAHIM & CLAUSS, LLP

13

14                                                 By _____
                                                   Brian S. Case
15                                                 F. Albert Ibrahim
                                                   Andrew C. Carlton
16                                                 Attorneys for Plaintiff
                                                   CONTROL AIR CONDITIONING
17                                                 CORPORATION

18

19

20  IT IS SO ORDERED this 19th day of January, 2007.

21
                                                   /s/ Oliver W. Wanger
22                                                 _____
                                                   HON. OLIVER W. WANGER
                                                   UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

LA #443282 v1/035879-2                     -4-
**SECOND STIPULATED APPLICATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com