ROBERT B. THUM, State Bar No. 60100
HECTOR H. ESPINOSA, State Bar No. 222426
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071-3048
Tel. 213.576.8000
Fax 213.576.8080

Attorneys for Defendants, MATT CONSTRUCTION CORPORATION;
DICK CORPORATION; DICK CORPORATION/MATT CONSTRUCTION,
A JOINT VENTURE; AMERICAN CASUALTY COMPANY OF READING, PA;
and HARTFORD FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, For the Use of SERVI-TECH CONTROLS, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DICK CORPORATION, a Pennsylvania corporation; MATT CONSTRUCTION CORPORATION; a California corporation; DICK CORPORATION/ MATT CONSTRUCTION, A JOINT VENTURE, joint venture; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; CONTROL AIR CONDITIONING CORPORATION, a California corporation,<br><br>Defendants. | Case No.: 1:06-CV-01736-OWW-SMS<br><br>**STIPULATION AND ORDER RE: STAY, SUBMISSION OF CLAIMS, AND LIMITED CONSOLIDATION**<br><br><br><br>Complaint Filed: December 1, 2006 |

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MID CANADA MILLWORK, LTD., a Canadian corporation,<br><br>       Plaintiff,<br><br>       vs.<br><br>DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION; a corporation; DICK CORPORATION/ MATT CONSTRUCTION, A JOINT VENTURE, a Joint Venture; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a corporation; HARTFORD FIRE INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive,<br><br>       Defendants. | Case No.: 1:06-CV-00800-OWW-SMS<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed:  June 22, 2006 |
| UNITED STATES For the Use and Benefit CONTROL AIR CONDITIONING CORPORATION, a California Corporation;<br><br>       Plaintiff,<br><br>       vs.<br><br>DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION; a corporation; DICK CORPORATION/ MATT CONSTRUCTION, A JOINT VENTURE, a joint venture; AMERICAN CASUALTY COMPANY OF READING, PA, a corporation; and HARTFORD FIRE INSURANCE COMPANY, a corporation,<br><br>       Defendants. | Case No.: 1:06-CV-01351-OWW-LJO<br><br><br><br><br><br><br><br><br><br>Complaint Filed:  September 26, 2006 |

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of H.J. MARTIN & SON, INC., a Wisconsin corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION; a corporation; DICK CORPORATION/ MATT CONSTRUCTION, A JOINT VENTURE, a Joint Venture; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a corporation; MID CANADA MILLWORK, LTD., a Canadian corporation; HARTFORD FIRE INSURANCE COMPANY, a corporation, and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.:  1:06-CV-01369-OWW-SMS<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed:  September 29, 2006 |

## STIPULATION

1.     Defendant Dick Corporation/Matt Construction, A Joint Venture, ("Dick/Matt") entered into a contract with the United States General Services Administration ("GSA") in connection with certain construction work related to a new United States Courthouse located in Fresno, California (the "Project").

2.     Plaintiff Control Air Conditioning Corporation ("Control Air") is a subcontractor to Dick/Matt in connection with a portion of the work on the Project.  Control Air entered into a subcontract with Servi-Tech Controls, Inc. ("Servi-Tech") in connection with a portion of Control Air's work on the Project.

3.     Plaintiff Mid Canada Millwork, LTD. ("Mid Canada") is another subcontractor to Dick/Matt in connection with a portion of the work on the Project.  Mid Canada entered into a subcontract with H.J. Martin & Son, Inc. ("HJ Martin") in connection with a portion of Mid Canada's work on the Project.

4.     During the Project, Dick/Matt submitted requests for changes and time extensions to the GSA.  Many of those requests are still outstanding and Dick/Matt is in the process of preparing a Request for Equitable Adjustment ("REA") to submit to the GSA in order to initiate a

PDF created with pdfFactory trial version www.pdffactory.com

1  claims resolution process with the GSA.  The parties believe that issues raised in this litigation
2  may be a part of the REA issues that are to be resolved with and as part of the dispute resolution
3  process with the GSA.  Those actions are as follows:
4      (i) *United States For the Use and Benefit of Servi-Tech Controls, Inc. v. Dick
5  Corporation, Matt Construction Corporation, et al.* (1:06-cv-01736-OWW) ("*Servi-Tech*
6  Action");
7      (ii) *United States For the Use and Benefit of Mid Canada Millwork, LTD. v. Dick
8  Corporation, Matt Construction Corporation, et al.* (1:06-cv-00800-OWW) ("*Mid Canada*
9  Action");
10      (iii) *United States For the Use and Benefit of Control Air Conditioning
11  Corporation v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-01351-OWW)
12  ("*Control Air* Action"); and
13      (iv) *United States For the Use and Benefit of H.J. Martin & Son, Inc. v. Dick
14  Corporation, Matt Construction Corporation, et al.* (1:06-cv-01369-OWW) ("*HJ Martin* Action").
15      5.    Dick/Matt and plaintiffs in the above-captioned actions are currently addressing
16  and attempting to resolve the matters raised in each Plaintiff's complaint as part of the REA.  To
17  facilitate that process, counsel for all parties participated in a conference call with the Hon. Oliver
18  W. Wanger on January 26, 2007, whereby, with the Court's assistance, the parties agreed and
19  hereby stipulate to the following set forth below.
20      A.    Servi-Tech has provided a statement of their claim and will continue to
21  work with Dick/Matt to provide any further information or revisions as needed so that the claim
22  can be submitted to the GSA as part of the REA.
23      B.    HJ Martin will use its best efforts to provide to Mid Canada any and all
24  claims related to its work on the Project in a form and manner consistent with HJ Martin's
25  contractual obligations to Mid Canada by March 16, 2007 such that HJ Martin's claim can be
26  included in the REA by Dick/Matt to the GSA, or in a later supplement to the REA.
27      C.    Control Air will use its best efforts to provide Dick/Matt with a claim that
28  will be included as a supplement to the REA by March 16, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

      D.      Mid Canada will use its best efforts to provide Dick/Matt with any and all claims related to its scope of work on the Project by March 30, 2007.  The Mid Canada claim shall incorporate any claims submitted to Mid Canada by its subcontractors and suppliers and must be consistent with Mid Canada's contractual obligations to Dick/Mat and in such a form that the claim can be included in the REA by Dick/Matt to the GSA, or in a later supplement to the REA.

      E.      Any claims by Control Air and Mid Canada provided to Dick/Matt in accordance with this stipulation will be submitted as a supplement to the REA that Dick/Matt anticipates submitting to the GSA by March 9, 2007.

      F.      Each party acknowledges that its claim needs to be submitted in the manner and within the timelines set forth herein to be considered in the dispute resolution process with the GSA.

      G.      No later than March 16, 2007, Dick/Matt will file a status report to the Court including the date the REA was submitted to the GSA.

6.      Pursuant to the stipulation set forth herein and at the request of Dick/Matt in consultation with counsel for all parties during the January 26, 2007 conference call, the Court ordered the following:

      A.      A six month stay for all appearances and deadlines, including the filing of responsive pleadings and discovery deadlines, in the *Servi-Tech*, *Mid Canada*, *Control Air*, and *HJ Martin* Actions beginning from January 26, 2007.

      B.      Any party may apply to the Court to lift or continue the stay upon a showing of good cause;

      C.      All parties will participate in a further conference call and status report to the Court on July 26, 2007 at 8:45 a.m..

      D.      The *Servi-Tech*, *Mid Canada*, *Control Air*, and *HJ Martin* Actions are consolidated for the limited purpose of reporting to the Court during the stay.

7.      By entering this stipulation, the parties are not waiving any claims asserted in the *Control Air*, *Servi-Tech*, *Mid Canada*, and *HJ Martin* Actions which are not the subject of pass-through claims to the GSA, and expressly reserve the right to litigate such claims in the *Control*

PDF created with pdfFactory trial version www.pdffactory.com

*Air*, *Servi-Tech*, *Mid Canada*, and *HJ Martin* Actions and reserve all rights, claims and defenses with respect to such claims.

**IT IS SO STIPULATED AND AGREED:**

Dated: February __, 2007                THELEN REID BROWN RAYSMAN & STEINER LLP

By _____
Hector H. Espinosa
Attorneys for Defendants
MATT CONSTRUCTION CORPORATION;
DICK CORPORATION; DICK
CORPORATION/MATT CONSTRUCTION,
A JOINT VENTURE; AMERICAN
CASUALTY COMPANY OF READING, PA;
and HARTFORD FIRE INSURANCE
COMPANY

Dated: February __, 2007                KILPATRICK STOCKTON LLP

By _____
David A. Mobley (As Counsel Admitted Pro Hac Vice in the *Mid Canada* and *Control Air* Actions)
Randall F. Hafer (As Counsel Admitted Pro Hac Vice in the *Mid Canada* and *Control Air* Actions)
Attorneys for Defendants
MATT CONSTRUCTION CORPORATION;
DICK CORPORATION; and DICK
CORPORATION/MATT CONSTRUCTION,
A JOINT VENTURE

Dated: February __, 2007                MARKS, GOLIA & FINCH, LLP

By _____
Jeffrey B. Baird
Justin M. Stoger
Attorneys for Plaintiff
MID CANADA MILLWORK, LTD.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated:  February __, 2007 | CASE, IBRAHIM & CLAUSS, LLP |
| 4 | | |
| 5 | | By _____ |
| 6 | | Brian S. Case<br>F. Albert Ibrahim |
| 7 | | Andrew C. Carlton<br>Attorneys for Plaintiff |
| 8 | | CONTROL AIR CONDITIONING<br>CORPORATION |
| 9 | | |
| 10 | Dated:  February __, 2007 | LANG, RICHERT & PATCH |
| 11 | | |
| 12 | | By _____<br>Mark L. Creede |
| 13 | | Craig B. Fry<br>Attorneys for Plaintiff |
| 14 | | SERVI-TECH CONTROLS, INC. |
| 15 | Dated:  February __, 2007 | CASE, IBRAHIM & CLAUSS, LLP |

**IT IS SO ORDERED this 8th day of March, 2007.**

/s/ Oliver W. Wanger
_____
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

(Row 17-19:)
By _____
D. Michael Clauss
Attorneys for Plaintiff
H.J. MARTIN & SON, INC.