1 CASE, IBRAHIM & CLAUSS, LLP
2855 Michelle Drive, Suite 120
2 Irvine, California  92606
Telephone: (714) 540-3636
3 Facsimile: (714) 540-3680
E-Mail: mclauss@ciclaw.com
4
BY:   D. MICHAEL CLAUSS (SBN 140313)
5

6 Attorneys for Use Plaintiff CONTROL AIR CONDITIONING CORPORATION

7

8                       UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| 11  UNITED STATES For the Use and Benefit of CONTROL AIR CONDITIONING | Case No.  1:06-cv-01351-OWW-SMS |
| 12  CORPORATION, a California corporation, | [Related Case No.'s] |
| 13              Plaintiff, | 06-cv-01736-OWW-SMS<br>06-cv-01351-OWW-SMS |
| 14       v. | |
| 15  DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION, a | **NOTICE OF VOLUNTARY DISMISSAL AND ORDER** |
| 16  corporation; DICK CORPORATION/MATT CONSTRUCTION, A JOINT VENTURE, a | |
| 17  joint venture; AMERICAN CASUALTY COMPANY OF READING, PA, a corporation; | |
| 18  and, HARTFORD FIRE INSURANCE COMPANY, a corporation, | |
| 19 | |
| 20              Defendants.<br>_____ | |

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure, Rule 41(a), plaintiff UNITED STATES OF AMERICA, for the Use and Benefit of CONTROL AIR CONDITIONING CORPORATION, voluntarily dismisses, with prejudice, the above-captioned action identified by case number 1:06-cv-01351-OWW-SMS

Dated: July 20, 2010        CASE, IBRAHIM & CLAUSS, LLP


By:     /s/ D. Michael Clauss
   D. MICHAEL CLAUSS (SBN 140313)
   Attorneys for Use Plaintiff CONTROL AIR
   CONDITIONING CORPORATION


**O R D E R**

Plaintiff UNITED STATES OF AMERICA, for the Use and Benefit of CONTROL AIR CONDITIONING CORPORATION having given notice that the above captioned action identified by case number 1:06-CV-01351-OWW-SMS is dismissed, with prejudice, and that said notice was given before service by any of the adverse parties of an answer or a motion for summary judgment (except that named defendants, through their respective counsel of record, gave notices of appearance during period while temporary stay was in effect), that the notice of dismissal was given pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, and that good cause appearing,

**IT IS HEREBY ORDERED** that case number 1:06-cv-01351-OWW-SMS is dismissed, with prejudice, and closed.


Dated: July 20, 2010        /s/ OLIVER W. WANGER
                            UNITED STATES DISTRICT JUDGE